No. 04–5421. STIDHAM v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–5422. SMITH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–5423. MARQUEZ v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–5424. LINDSEY v. FEDERAL BUREAU OF INVESTIGATION OFFICES ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–5425. LUI v. HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5427. DEAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5428. BENITEZ-BENITEZ v. UNITED STATES; and RAMIREZ-IBARRA, AKA ROSARIO, AKA RAMIREZ, AKA CRUZ ROSARIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5430. SINGLETON v. JONES. C. A. 5th Cir. Certiorari denied.

No. 04–5433. PINEDA-CISNEROS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5434. MERCADO-LUJAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5437. NORMAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–5438. LIGON v. BOSWELL. C. A. 11th Cir. Certiorari denied.

No. 04–5439. MARTINEZ-CANIZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5443. URIBE-JIMENEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.